IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MIGUEL LOPEZ ALCALA, ) <br> ) <br> Defendant. ) <br> ) | Case №: 1:22-CR-00158-1-DAD <br><br> **O R D E R** <br> **APPOINTING COUNSEL** |

The above named Defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel or has otherwise satisfied this Court that he is financially unable to obtain counsel and wishes counsel be appointed to represent him in this case which is a collateral case with 1:19-CR-00025-1 DAD and to facilitate a global resolution in the two matters. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A.

IT IS HEREBY ORDERED that Mark W. Coleman be appointed to represent the above defendant in this case effective *nunc pro tunc* to July 13, 2022.

This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated:  **July 14, 2022**

UNITED STATES MAGISTRATE JUDGE

-1-